

Michael E. Pérez
Trent S. Shuping
Lyle Griffin Warshauer*
Michael J. Warshauer**

*also admitted in AL & TN

**also admitted in TN

2740 Bert Adams Road
Atlanta, Georgia 30339
Toll Free: 1.888.879.7300
Telephone: 404.892.4900
Fax:            404.892.1020
warlawgroup.com

March 23, 2018

**Via E-File:**
Stacey Kemp, Courtroom Deputy
United States District Court
Northern District of Georgia
2188 Richard B. Russell Federal Bldg
75 Ted Turner Drive, SW
Atlanta, GA 30303

      RE:    *Hampton v. Raymond*
                Civil Action No. 1:18-cv-0081-RWS
                N.D. Ga

Dear Deputy Kemp:

I request that I be granted a leave of absence for the following dates, as I have plans to be outside of the city of Atlanta and the State of Georgia.

| | |
|---|---|
| April 19-20 | AAJ Board meeting in NY |
| May 7-8 | SMART DLC meeting in NC |
| May 18 | SEABOTA Convention, SC |
| June 25-29 | Family vacation |
| July 6, 9-11 | AAJ Convention in CO |
| July 16-20 | Trial, *Reinard v. Crown,* N.D. Iowa |
| July 30 – August 3 | Family vacation |
| September 10-11 | Rosh Hashana |
| September 19 | Yom Kippur |
| November 16-20 | Trial, *Emert v. Norfolk Southern*, Circuit Court, Cleveland, TN |

Thank you for your consideration in this matter.

Sincerely,

Michael J. Warshauer
MJW/swg

cc: Johnthan T. Krawcheck, Esq.
    Raymond D. Jamieson, Esq.