# THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **LONNIE HAMPTON,** | |
| **Plaintiff,** | **CIVIL ACTION FILE NO.** |
| v. | **1:18-CV-00081-RWS** |
| **THE RAYMOND CORPORATION,** | |
| **Defendant.** | |

## DEFENDANT THE RAYMOND'S NOTICE OF INTENT TO SERVE NON-PARTY SUBPOENAS

Pursuant to Federal Rule of Civil Procedure 45(a)(4), Defendant, The Raymond Corporation, by and through counsel, hereby give notice that if no objection by any party is given within ten (10) days of the service of this notice, it will serve the attached subpoena to the following non-party:

1. Integrity Staffing
   2201 Thornton Road
   Lithia Springs, GA 30122

2. Amazon.com Services, Inc.
   c/o Corporation Service Company
   40 Technology Pkwy South, #300
   Norcross, GA, 30092

3. Occupational Safety and Health Administration
   Atlanta East Area Office
   2296 Henderson Mill Road, NE, Suite 200
   Atlanta, Georgia 30345

This 26th day of April, 2018.

WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC

*/s/ Brannon J. Arnold*
Johnathan T. Krawcheck
Georgia Bar No. 429320
Brannon J. Arnold
Georgia Bar No. 218034
3344 Peachtree Road, Suite 2400
Atlanta, Georgia 30326
Telephone: 404-876-2700
Facsimile: 404-875-9433
jkrawcheck@wwhgd.com
barnold@wwhgd.com


Raymond D. Jamieson, Esq.*
Luke S. Behnke, Esq.*
Quarles & Brady, LLP
411 E. Wisconsin Avenue, Suite 2350
Milwaukee, Wisconsin 53202-4426
Telephone: 414-277-5000
Facsimile: 414-271-3552
Raymond.Jamieson@quarles.com
Luke.Behnke@quarles.com

*Attorneys for Defendant*
*The Raymond Corporation*

* Admitted *Pro Hac Vice*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt:

Michael J. Warshauer, Esq.
Trent Shuping, Esq.
Warshauer Law Group, P.C.
2740 Bert Adams Road
Atlanta, Georgia 30339

Christopher J. Graddock, Esq.
Keenan R.S. Nix, Esq.
Morgan & Morgan Atlanta, PLLC
P.O. Box 57007
Atlanta, Georgia 30343-1007

*Attorneys for Plaintiff*

This 26th day of April, 2018.

WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC

/s/ Brannon J. Arnold
Brannon J. Arnold
Georgia Bar No. 218034