## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

LONNIE HAMPTON,

     **Plaintiff,**

**v.**

THE RAYMOND CORPORATION,

    **Defendant.**

**CIVIL ACTION
FILE NO. 1:18-cv-00081-RWS**

## PLAINTIFF'S NOTICE OF DISCLOSURE OF JUAN LATORRE, M.D. and LEIGH ANNE LEVY, R.N., CLCP,  AS EXPERT WITNESSES

COMES NOW Plaintiff in the above styled case and hereby discloses Juan Latorre, M.D., and Leigh Anne Levy, R.N., CLCP as expert witnesses. Their Rule 26 Report has been served on Defendant.

This 5th day of November, 2018.

Respectfully submitted,
WARSHAUER LAW GROUP, P.C.

By: *Michael T. Warshauer*

Michael J. Warshauer
Georgia Bar No. 018720
Trent Shuping
Georgia Bar No. 159083

2740 Bert Adams Road
Atlanta, GA 30339
(404) 892-4900

MORGAN & MORGAN ATLANTA, PLLC

By: _s/miw_ _Christopher T. Graddock_
Christopher J. Graddock
Georgia Bar No. 304020
Keenan R.S. Nix
Georgia Bar No. 544855

Post Office Box 57007
Atlanta, GA 30343-1007
404-965-8811
404-965-8812 Fax
cgraddock@forthepeople.com
knix@forthepeople.com

## <u>CERTIFICATE OF SERVICE AND COMPLIANCE WITH LOCAL RULE 5.1</u>

I hereby certify that the foregoing document was prepared in Book Antiqua 13 Point Font as allowed by Local Rule 5.1, and further certify that I have this day served a copy of the within and foregoing **Plaintiff's Notice of Disclosure of Juan Latorre, M.D., and Leigh Anne Levy, R.N., CLCP As Expert Witnesses,** upon all parties to this matter via email and by the Court's CM/ECF system for electronic notification to all counsel of record.

This 5th day of November, 2018.

By: *Michael T. Warshauer*

Warshauer Law Group, P.C.
2740 Bert Adams Road
Atlanta, GA 30339
404-892-4900
404-892-1020 Fax